## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Gary L. Haberman,                         Civil No. 10-3273 (RHK/JSM)

              Plaintiff,             **ORDER FOR DISMISSAL**

v.

Portfolio Recovery Associates, LLC.,

              Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 20, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge